# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00904-CV

---

**In re Aaron Mach and Shelby Mach**

---

### ORIGINAL PROCEEDING FROM LAMPASAS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: November 21, 2025